# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RENARD T. POLK,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

3:17-cv-00026-LRH-VPC

**ORDER**

On April 3, 2017, the court entered an order and judgment dismissing petitioner Polk's petition for writ of habeas corpus without prejudice. ECF Nos. 6/7. The United States Court of Appeals for the Ninth Circuit subsequently denied petitioner's request for a certificate of appealability. ECF No. 10.

On September 27, 2017, petitioner filed a "motion to arrest, modify, alter, amend or for relief from judgment." ECF No. 13. Petitioner's motion fails to state a sufficient reason of this court to grant relief and is, therefore, denied.

IT IS SO ORDERED.

Dated this 30th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE