# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENARD T. POLK, | ) | |
| Petitioner, | ) | 3:17-cv-00026-LRH-VPC |
| vs. | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |

On April 30, 2018, this court entered an order denying petitioner's "motion to alter, amend, modify and for relief from judgment" (ECF No. 13). ECF No. 15. On May 10, 2018, petitioner filed a notice of appeal with respect to that order. ECF No. 16.

Because reasonable jurists would not find the order debatable or wrong, this court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated this 10th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE