UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENARD T. POLK,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00026-LRH<br><br>ORDER |

　　　On August 18, 2020, this court entered an order denying petitioner's motion for leave to file a first amended petition for writ of habeas corpus. ECF No. 25. On September 4, 2020, petitioner filed a notice of appeal with respect to that order. ECF No. 26.

　　　When petitioner filed his motion, final judgment had been entered and this case had not been reopened by way of a post-judgment motion or a remand from the court of appeals. Reasonable jurists would not find the denial of petitioner's motion debatable or wrong. *See Lindauer v. Rogers*, 91 F.3d 1355, 1357 (9th Cir. 1996). Thus, this court declines to grant a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

　　　IT IS THEREFORE ORDERED that a certificate of appealability is DENIED.

　　　IT IS FURTHER ORDERED that the Clerk shall send a copy of this order to the U.S. Court of Appeals for the Ninth Circuit, attention case number 20-16784.

　　　DATED this 24th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE